IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
MAR 1 8 2020
Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA,

Plaintiff,

vs.

COLIN SMITH,

Defendant.

Case No. CR 05-31-BLG-SPW

ORDER

An Administrative Order was filed by the Acting Chief Judge Morris on March 16, 2020, regarding COVID-19 and the advised precautions to reduce the possibility of exposure to the virus and slow the spread of the disease. *See* also The President's Coronavirus Guidelines for America, CDC, 2 (2020), (recommending canceling events involving ten or more people) https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf Therefore,

IT IS HEREBY ORDERED that the Revocation Hearing set for Friday, March 27, 2020 at 9:30 a.m. is **VACATED.**

IT IS FURTHER ORDERED that the Revocation Hearing is reset for **Wednesday, April 29, 2020 at 1:30 p.m.**

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 18th day of March, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE